United States District Court
Southern District of Texas
**ENTERED**
December 15, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HLEVICTOR A. HOSKINS JR., | § § | CIVIL ACTION NUMBER 4:25-cv-01728 |
| Plaintiff, | § § § | |
| versus | § § § | JUDGE CHARLES ESKRIDGE |
| SANTANDER BANK, N.A. and STERLING MCCALL FORD, | § § § § | |
| Defendants. | § | |

ORDER ADOPTING
MEMORANDUM AND RECOMMENDATION

Plaintiff Hlevictor A. Hoskins Jr. proceeds here *pro se*. His action was referred to Magistrate Judge Richard Bennett. Pending is a Memorandum and Recommendation recommending that Plaintiff's claims be dismissed under Rules 41(b) and 4(m) of the Federal Rules of Civil Procedure for failure to comply with court order, prosecute the case, and properly serve Defendants. See Dkt 13.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC §636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc)*; see also FRCP 72(b) advisory committee note (1983).

2

Plaintiff did not file objections. No clear error otherwise appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 13.

The complaint is DISMISSED WITHOUT PREJUDICE. Dkt 1.

This is a FINAL JUDGMENT.

SO ORDERED.

Signed on December 10, 2025, at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge